UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22909-CIV-SEITZ/O'SULLIVAN

In Re:

The Complaint of TRIPLECHECK, INC.,
d/b/a SEA-TOW-MIAMI, as owner of a
2000 24' ZODIAC Hurricane,

       Plaintiff.
_____/

## ORDER REQUIRING ADDITIONAL STIPULATIONS OR WITHDRAWAL OF MOTION TO STAY

THIS MATTER is before the Court on the April 3, 2008 Hearing on Claimants' Motion to Stay [DE-12]. At that Hearing, Claimants orally agreed to enter into additional stipulations in support of the pending Motion to Stay. In light of Claimants' representation, Plaintiff made no objection to staying the instant litigation in favor of the related state action. In addition, Claimants expressed an interest in fully litigating their individual causes of action, as well as the issue of Limitation of Liability, before this Court. Therefore, it is hereby

ORDERED THAT

(1) Claimants shall file, no later than **April 11, 2008,** the following stipulations:

    (a) A stipulation specifying Claimants' order of priority with regard to the Limitation Amount, provided this Court ultimately deems Limitation of Liability proper;[1]

    (b) A stipulation dismissing with prejudice Claimants' state court vicarious liability claim against Triplecheck; and

    (c) A stipulation prohibiting Claimants, individually or in the aggregate, from enforcing any judgment or judgments against Triplecheck in excess of the Limitation Amount, provided this Court

---

[1] As discussed in open court, Wellcare shall enter into such priority stipulation.

ultimately deems Limitation of Liability proper.

(2) Should Claimants choose this Court to fully litigate their state court causes of action, as well as the issue of Limitation of Liability, Claimants shall also file a Notice of such intention, accompanied by a Motion to Withdraw the pending Motion to Stay [DE-12], no later than **April 11, 2008;** and

(3) In the event Claimants file such Notice, the Parties shall jointly file a Revised Joint Scheduling Report no later than **April 18, 2008,** to include such dates as required in the Order Requiring Joint Scheduling Report [DE-9].

DONE AND ORDERED in Miami, Florida, this 3rd day of April, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan
Counsel of Record