UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22909-CIV-SEITZ/O'SULLIVAN

In Re:

The Complaint of TRIPLECHECK, INC.,
d/b/a SEA-TOW-MIAMI, as owner of a
2000 24' ZODIAC Hurricane,

    Plaintiff.
_____/

## ORDER GRANTING MOTION TO STAY

THIS MATTER is before the Court on Claimants' Motion to Stay the instant Limitation Action [DE-12]. On April 3, 2008, the Court held a Hearing at which Claimants orally agreed to enter into additional stipulations in support of the pending Motion to Stay. In light of Claimants' representation, Plaintiff made no objection to staying the instant action in favor of the related state litigation. Shortly thereafter, Claimants filed the Additional Stipulations [DE-44] discussed in open court and set forth in the Order Requiring Additional Stipulations [DE-43]. As Claimants have complied with the requirements set forth in *Beiswenger Enterprises Corp. v. Carletta*, 86 F.3d 1032 (11th Cir. 1996), it is hereby

ORDERED THAT

(1) Claimants' Motion to Stay [DE-12] is GRANTED, and the instant action is STAYED pending resolution of the related state litigation, with such state litigation to proceed subject to the Stipulations entered into by Claimants before this Court [DE-12, 24, 29, 44, 45];[1] and

(2) The Parties shall file a Status Report as to the progress of the state court proceeding on **July 9, 2008**, and shall immediately notify the Court upon disposition of such proceeding.

DONE AND ORDERED in Miami, Florida, this 11th day of April, 2008.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan
Counsel of Record

---

[1] According to the Parties, the related state litigation is *Juan Antonio Martinez et al. v. Blanco and Triplecheck, Inc.*, Case No: 07-23821 CA 15, Miami-Dade County Circuit Court.